AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GOOSETOWN ENTERPRISES, INC. d/b/a GOOSETOWN COMMUNICATIONS,<br><br>Plaintiff(s)<br>v.<br>ELECTRONIC SERVICE SOLUTIONS, INC., NEW YORK, ELECTRONIC SERVICE SOLUTIONS, INC. WESTCHESTER, ELECTRONIC SYSTEMS SOLUTIONS, INC., PINNACLE WIRELESS, INC., d/b/a PINNACLE WIRELESS, A DIVISION OF EES INC. and DOUGLAS PAGE, JOHN DOE'S #1-10 (names being fictitious as same are unknown at present).<br>Defendant(s) | Civil Action No. 19-cv-3253 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Electronic Service Solutions, Inc., New York
250 Clearbrook Road, Elmsford, NY 10523

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lance Klein, Esq.
Keane & Beane, P.C.
445 Hamilton Avenue, Suite 1500
White Plains, NY 10601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/16/2019

/s/ D. Howie
*Signature of Clerk or Deputy Clerk*

