# FH FRUMKIN & HUNTER LAW PC

MEMO ENDORSED

ELIZABETH E. HUNTER

JORDAN M. KAPLAN

WILLIAM D. FRUMKIN - OF COUNSEL

Main Office: 1025 Westchester Avenue, Suite 305, White Plains NY 10604
T:(914)468-6096 • F:(914)468-6099

Orange County Office: 154 Main Street, Goshen, NY 10924
T:(845)294-7620 • F:(845)294-3075

WRITER'S EMAIL: EHunter@frumkinhunter.com

January 3, 2020

**_Via ECF Letter Motion_**
Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
300 Quarropas Street
White Plains, New York 10601-4150

      *Re:*    *Goosetown Enterprises, Inc. v. Electronic Service Solutions, Inc., Page, et al*
             *SDNY Case No. 7:19-cv-03253*
             *Our File No. 19-8866*

Dear Judge Karas:

      We represent Defendant Douglas Page in the above-referenced matter. We write, in accordance with Section I.C of Your Honor's Individual Rules of Practice, to request an adjournment of the pre-motion conference currently scheduled for February 6, 2020 (per Doc. No. 53). We request this adjournment because the undersigned will be out of town attending a legal conference that week. This is the first request for adjournment of this conference. Counsel for Plaintiff and counsel for the other Defendants both consent to this request. For rescheduling purposes, counsel for all of the parties are available the rest of the month of February, except February 3- 7, 12-14, and 17.

      Thank you for your consideration.

Granted. The conference is moved to 2/11/20, at 11:00.

So Ordered
MK 1/6/20

Sincerely,

/s/

Elizabeth Hunter

cc: Jaclyn Goldberg, Esq.; Lance Klein, Esq. (via ECF)
    Jonathan Adler, Esq. (via ECF)
    Mr. Douglas Page (via email)