# KEANE&BEANE P.C.
### ATTORNEYS AT LAW

**MEMO ENDORSED**

■ **Main Office**
445 Hamilton Avenue
White Plains, NY 10601
Phone 914.946.4777
Fax 914.946.6868

■ **Mid-Hudson Office**
200 Westage Business Center
Fishkill, NY 12524
Phone 845.896.0120

■ **New York City Office**
505 Park Avenue
New York, NY 10022
Phone 646.794.5747

**JACLYN G. GOLDBERG**
Member
jgoldberg@kblaw.com
Also Admitted in CT, NJ

February 10, 2020

VIA ECF

Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Goosetown Enterprises, Inc. v. Electronic Service Solutions Inc. New York, et al.*
Index No: 19-cv-3253 (KMK)

Dear Judge Karas:

Keane & Beane, P.C. represents Plaintiff Goosetown Enterprises, Inc. d/b/a Goosetown Communications ("Goosetown" or "Plaintiff"), in the above-referenced action.

Pursuant to Your Honor's Individual Rules of Practice, I am writing to respectfully request an adjournment of the pre-motion conference scheduled before Your Honor on February 13, 2020 at 10:00 a.m. There have been no previous requests for an adjournment. We are requesting this adjournment as the parties are close to settling this matter and would like additional time to attempt to finalize such settlement. Defendants' counsel consents to this adjournment.

Thank you for your courtesy and consideration.

Respectfully submitted,

Jaclyn G. Goldberg

JGG/
cc: Jonathan Adler, Esq.
    Elizabeth Hunter, Esq.

*Granted. The Court will hold a conference on April 2, 2020 at 10:30*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
2/10/20