**MEMO ENDORSED**

# FH FRUMKIN & HUNTER LAW PC

ELIZABETH E. HUNTER
JORDAN M. KAPLAN**

WILLIAM D. FRUMKIN* - OF COUNSEL

*ADMITTED IN NY & CT
**ADMITTED IN NY & NJ

Main Office:       1025 Westchester Avenue, Suite 309, White Plains, NY 10604 • T: (914) 468-6096 • F: (914) 468-6099
Orange County Office:   152 Main Street, Goshen, NY 10924 • T: (845) 294-7620 • F: (845) 294-3075

WRITER'S EMAIL: EHunter@frumkinhunter.com

May 22, 2020

*Via ECF Letter Motion*
Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *Goosetown Enterprises, Inc. v. Electronic Service Solutions, Inc., Page, et al*
      SDNY Case No. 7:19-cv-03253
      Our File No. 19-8866

Dear Judge Karas:

We represent Defendant Douglas Page in the above-referenced matter. We write, on behalf of all parties, in accordance with Section I.C of Your Honor's Individual Rules of Practice, to request an adjournment of the pre-motion conference currently scheduled for May 27, 2020 (Doc. No. 61).

We request this adjournment because the parties have reached a settlement in principle and are in the process of finalizing a settlement agreement.

This is the fourth request for adjournment of this pre-motion conference. The previous requests (Doc. Nos. 54, 57, and 60) were granted by the Court (Doc. Nos. 55, 58, and 61, respectively).

Counsel for Plaintiff and counsel for the other Defendants join in this request.

Thank you for your consideration.

Granted. The conference is adjourned sine die.

So Ordered.

/s/ *Kenneth M. Karas*
5/27/20

Sincerely,

/s/ *Elizabeth Hunter*

Elizabeth Hunter

cc:   Jaclyn Goldberg, Esq.; Lance Klein, Esq. (via ECF)
      Jonathan Adler, Esq. (via ECF)
      Mr. Douglas Page (via email)